UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br> v.<br>PATRICK KEVIN GIBSON,<br>   Defendants. | 1:95-cr-5326 OWW<br><br>MEMORANDUM RE GOVERNMENT'S MOTION FOR SENTENCING REDUCTION PURSUANT TO RULE 35(b)(2) |

  The Government moves pursuant to Rule 35(b)(2) to reduce Defendant Patrick Gibson's ("Defendant") sentence by 15 months for his substantial assistance in a murder case tried in the district court for the Northern District of Iowa.  Defendant objects to the length of reduction requested by the Government, and requests that his sentence be reduced by 36 months instead.

  The district court possesses authority to depart from the Government's recommended sentence reduction or deny the motion completely.  *U.S. v. Arishi*, 54 F.3d 596 (9th Cir. 1995). Defendant has submitted documents and other information in support of his request.  Citing security concerns, the Government has provided no information or evidence confirming or denying Defendant's assertions.

  The Government is requested to submit under seal further

1

information regarding Defendant's assistance.

DATED: July _15__, 2005.           /s/ OLIVER W. WANGER

                                   _____
                                          **Oliver W. Wanger**
                                   **UNITED STATES DISTRICT JUDGE**

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

<u>CERTIFICATE OF SERVICE</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS ) | 1:95-cr-5326-OWW |
| ) | |
| PATRICK GIBSON, ) | |
| _____ ) | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U. S. District Court, Eastern District of California at Fresno.

I served on July 15, 2005 a copy of the attached by placing said copy in a postage-paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the United States Mail at Fresno, California; or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

<u>SERVED BY MAIL</u>

Patrick Gibson
20877-048

1  37950 N. 45th Street
2  Phoenix, AZ  85086-7059
3
4
5
6
7  SERVED BY INTER-OFFICE DELIVERY
8
9  Jonathan Conklin
10 Asst. U. S. Attorney
11
12
13
14                                      By /s/ GREG LUCAS
15                                           Deputy Clerk