McGREGOR W. SCOTT
United States Attorney
STEVEN M. CRASS
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK K. GIBSON, | ) | 1:95-CR-5326-OWW |
| | ) | |
| Petitioner, | ) | Order |
| | ) | |
| v. | ) | HON. Oliver W. Wanger |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Government's motion to continue the filing of appellee's brief to November 5, 2006 is hereby GRANTED.

Dated: 9/13/06                               /s/ Oliver W. Wanger
                                             Oliver W. Wanger
                                             District Court Judge

1